IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ORA JONES                                                          Plaintiff

v.                              3:04CV00252 JFF

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration,                                           Defendant

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that Defendant's motion for remand is granted and this cause is remanded to the Commissioner for further action. This is a sentence four remand within the meaning of 42 U.S.C. § 405(g) and Melkonyan v. Sullivan, 501 U.S. 89 (1991).

IT IS SO ORDERED this 20th day of March, 2006.

/s/ John F. Forster, Jr.
UNITED STATES MAGISTRATE JUDGE